UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNISYN VOTING SOLUTIONS, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 18-CV-910-CAB(WVG)<br><br>**ORDER RESCHEDULING STARTING TIME ONLY OF THE OCTOBER 5, 2018 STATUS CONFERENCES** |

The Court previously scheduled attorneys-only telephonic status conferences for **October 5, 2018**, beginning at 8:15 a.m. (Doc. No. 24 at 2:3-10 & n.1.) The teleconferences will remain set for that date. However, the calls will now begin **at 7:30 a.m.** rather than 8:15 a.m. All other aspects of the August 3, 2018 Order remain as previously set.

**IT IS SO ORDERED.**

DATED: August 20, 2018

Hon. William V. Gallo
United States Magistrate Judge